USCA1 Opinion

 

 [NOT FOR PUBLICATION--NOT TO BE CITED AS PRECEDENT] United States Court of Appeals For the First CircuitNo. 98-1424 JAMES MACFARLANE, Plaintiff, Appellant, v. BERYL RICH, Defendant, Appellee. APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE [Hon. Joseph A. DiClerico, Jr., U.S. District Judge] Before Selya, Stahl and Lynch, Circuit Judges.   James MacFarlane on brief pro se. Diane M. Gorrow and Soule, Leslie, Kidder, Sayward & Loughmanon Motion for Summary Disposition for appellee.October 13, 1998   Per Curiam. James MacFarlane appeals pro se from the district court's dismissal of his complaint pursuant to Fed.R.Civ.P. 12(b)(6). MacFarlane concedes that the district court properly dismissed the complaint on the grounds that it 1) fails to adequately allege state action and 2) fails to state a cause of action under New Hampshire law because the contested alimony order has not yet been overturned in state court. We affirm the dismissal of the complaint on those two grounds. See Loc. R. 27.1.